# EXHIBIT B

| Client Name | Delane Wanner | | SUMMARY OF FINANCIAL INTEREST | |
|---|---|---|---|---|
| Company Name | Mobile TeleSystems PJSC | | LIFO Loss Total | $32,116.07 |
| Ticker Symbol | MBT | | DURA LIFO* Total | $ 32,116.07 |
| Security Type | | | Gross Shares Purchased | 5,600.00 |
| Class Period Start | 03-19-2014 | | Net Shares Retained | 5,600.00 |
| Class Period End | 03-07-2019 | | Net Funds Expended | $ 76,577.87 |
| 90-DAY Lookback Period Start | 03-08-2019 | | | |
| 90-DAY Lookback Period End | 05-20-2019 | | | |
| 90-DAY Lookback Average | $ 07.94 | | | |
| Pre Class Period Holdings | 0 | | | |

| Delane Wanner - Delane Wanner | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | DURA LIFO* |
| 09-03-2014 | 3000 | 19 | $ 57,000.00 | | | | | | - | 3000 | 3000 | $ 07.94 | $ 23,818.82 | $ 33,181.18 | $ 33,181.18 |
| 09-05-2018 | 1300 | 7.55 | $ 9,815.00 | | | | | | | 1300 | 1300 | $ 07.94 | $ 10,321.49 | -$ 506.49 | -$ 506.49 |
| 11-27-2018 | 1300 | 7.5099 | $ 9,762.87 | | | | | | - | 1300 | 1300 | $ 07.94 | $ 10,321.49 | -$ 558.62 | -$ 558.62 |
| Total: | 5,600.00 | | $ 76,577.87 | | | | | | | 5,600.00 | 5,600.00 | | $ 44,461.80 | $ 32,116.07 | $ 32,116.07 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.