# EXHIBIT A

**Mobile TeleSystems Public Joint Stock Company (MBT)**
**Class Period: Mar 19, 2014 to Mar 7, 2019**
**Boston Retirement System ("Boston")**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 71-Day* Mean Price $7.9351 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston | 5/3/2016 | 117,342 | $9.0130 | ($1,057,603) | 9/28/2016 | (64,994) | $7.6351 | $496,236 | | | |
| Boston | 5/17/2016 | 53,568 | $9.3522 | ($500,979) | 11/13/2017 | (69,100) | $10.9967 | $759,872 | | | |
| Boston | 6/7/2016 | 65,632 | $9.1813 | ($602,587) | 3/22/2019 | (79,710) | $8.0075 | $638,278 | | | |
| Boston | 7/11/2016 | 66,195 | $8.6755 | ($574,275) | | | | | | | |
| Boston | 8/8/2016 | 56,796 | $8.9757 | ($509,784) | | | | | | | |
| Boston | 8/16/2016 | 53,256 | $9.1864 | ($489,231) | | | | | | | |
| Boston | 2/16/2018 | 29,600 | $12.1201 | ($358,755) | | | | | | | |
| Boston | 2/20/2018 | 30,620 | $12.1960 | ($373,442) | | | | | | | |
| Boston | 12/11/2018 | 54,400 | $6.8212 | ($371,073) | | | | | | | |
| **Boston** | | **527,409** | | **($4,837,728)** | | **(213,804)** | | **$1,894,385** | **393,315** | **$2,488,486** | **($454,857)** |

*Avg Closing Prices from March 7 to May 17