UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAYAN SALIM, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

MOBILE TELESYSTEMS PJSC, ANDREI A. DUBOVSKOV, ALEXEY V. KORNYA, and ANDREY KAMENSKY

Defendants.

Case No.: 1:19-cv-01589-AMD-RLM

Hon. Ann M. Donnelly

### [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that the deadlines set forth in the table below shall govern this case.

| Event | Deadline |
|---|---|
| Amended Complaint | 60 Days after the Appointment of Lead Plaintiff and Lead Counsel |
| Letter requesting Pre-Motion Conference on Anticipated Motion to Dismiss or Other Response | 60 Days after the Filing of an Amended Complaint |
| Opposition to Motion to Dismiss | 45 Days after the Filing of Motion to Dismiss |
| Reply in support of Motion to Dismiss | 30 Days after the Filing of an Opposition to Motion to Dismiss |
| Oral Argument on Motion to Dismiss | To Be Scheduled at Court's Discretion |

Dated: July 8, 2019

By: s/Ann M. Donnelly
HON. ANN M. DONNELLY
U.S.E.D.N.Y.