UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHAYAN SALIM, Individually and on behalf
of all others similarly situated,                                         JUDGMENT

                                                                                  19-CV-01589(AMD)(RLM)
                                 Plaintiffs,
      -against-

MOBILE TELESYSTEMS PJSC, ANDREI A.
DUBOVSKOV, ALEXEY V. KORNYA, and
ANDREY KAMENSKY
                                 Defendants.
-------------------------------------------------------X

      A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on March 1, 2021, granting Defendants' motion to dismiss the complaint; it is

      ORDERED and ADJUDGED that the complaint is dismissed; and Judgment is entered in favor of Defendants.

Dated: Brooklyn, New York                        Douglas C. Palmer
       March 2, 2021                              Clerk of Court

                                                by:    */s/ Brenna B. Mahoney*
                                                        Brenna B. Mahoney
                                                         Chief Deputy